**238**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Carl Kotay GRAHAM, Defendant—
Appellant.

No. 11–6220.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Carl Kotay Graham, Appellant pro se.
Lisa Blue Boggs, Assistant United States
Attorney, Greensboro, North Carolina, for
Appellee.

Before TRAXLER, Chief Judge, and
AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Carl Kotay Graham appeals the district
court's order denying his motion for reduc-
tion of sentence under 18 U.S.C. § 3582(c)
(2006). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *United States v. Graham*, No.
1:06–cr–00267–JAB–1 (M.D.N.C. Jan. 31,
2011). We deny Graham's motion to hold
his appeal in abeyance and to appoint
counsel. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*